■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC MCKENZIE, Appellant. [654 NYS2d 632] —Appeal by the defendant from two judgments of the Supreme Court, Kings County (Pincus, J.), both rendered April 6, 1995, convicting him of criminal possession of a weapon in the second degree (one count under each indictment), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *cf., People v Gonzalez*, 47 NY2d 606). Miller, J. P., Thompson, Joy and Luciano, JJ., concur.